**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-**  Case No. 2:20-mj-380

**Frank E. Andrews**

**COURTROOM MINUTES**

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 5/27/2020 at 1pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Heather Hill, Jessica Knight, Jennifer Roush |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Dft submitted financial affidavit; counsel to be appointed
-Detention Hearing set for 6/1/2020 at 11:30am; Preliminary Hearing set for 6/10/2020 at 1pm
-Dft remanded to custody of USMS